AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DA'REESE S. MCCULLOUGH

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __February 15, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER SETH ANDERSON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER SETH ANDERSON**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                       City and State

_____        _____
Name & Title of Judicial Officer           Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Thursday, February 15, 2007, members of the Metropolitan Police Department's Sixth District warrant squad went to xxxx Xxxx Xxxxx, X.X., Xxxxxxxx #x, Xxxxxxxxxx, XX in reference to a subject wanted for a shooting. While securing the premises, officers saw a green ziplock containing a white rock substance and a small black digital scale sitting on the coffee table. Based on this, officers received consent to search from the defendant and leasee of the apartment, Da'Reese McCullough. A search of the bedroom revealed a ziplock containing a white rock substance on the bedside tray table, a small digital scale, a ziplock containing a white rock-like substance, and empty ziplocks in the defendant's dresser drawer. Also recovered from inside a vacuum in the bedroom was a ziplock bag containing a white rock-like substance and a loaded Ruger 9mm semi-automatic pistol. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine. Officers placed the defendant under arrest. The approximate weight of the suspected crack cocaine was 44 grams, which is an amount commonly indicating that the suspected crack cocaine was going to sold to others, rather than used exclusively by the defendant. To the best of this officer's knowledge, there are no Ruger 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.

                                                                       _____
                                                                       OFFICER SETH ANDERSON
                                                                       SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2007.

                                                                      _____
                                                                       U.S. MAGISTRATE JUDGE