CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
)
vs. ) Criminal No. 07 mj 00043 -AK-1
)
)
Da'Reese McCullough )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Paul Hunt    447182
(Attorney & Bar ID Number)

Law Offices of Paul Hunt
(Firm Name)

4614 Wissahican Ave.
(Street Address)

Rockville, MD    20853
(City)   (State)   (Zip)

301-565-0540
(Telephone Number)